1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

8
9
10  UNITED STATES OF AMERICA,

11              Plaintiff,

12      vs.

13  CARL WALLACE SIEMERING,

14          Defendant/Judgment Debtor,

15      and

16  GAS HILL CANNABIS SOLUTIONS
17  COOPERATIVE, INC.,

18          Garnishee.

NO. 2:19-MC-00128-RSL

(2:99-CR-0537-4)

**Order Terminating
Garnishment Proceeding**

19
20      This matter came before the Court on the United States' Application to

21  Terminate Garnishment Proceeding.  For the reasons stated in the United

22  States' Application, the Court concludes that this Garnishment should be

23  terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

24      IT IS ORDERED that the garnishment is terminated and that Gas Hill,

25  Cannabis Solutions Cooperative, Inc., is relieved of further responsibility

26  pursuant to this garnishment.

27
28  //

ORDER TERMINATING GARNISHMENT PROCEEDING
*(USA v. Carl Wallace Siemering and Gas Hill Cannabis Solutions Cooperative, Inc.*
*USDC#: 2:19-MC-00128-RSL/2:99-CR-0537-4)1*

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Dated this 15th day of November, 2019.

*MW S Lasnik*
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

**ORDER TERMINATING GARNISHMENT PROCEEDING**
*(USA v. Carl Wallace Siemering and Gas Hill Cannabis Solutions Cooperative, Inc.*
*USDC#: 2:19-MC-00128-RSL/2:99-CR-0537-4)2*

**UNITED STATES ATTORNEY'S OFFICE**
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970